UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAGE MARKETING ADVISORS, INC.,**<br><br>**PLAINTIFF,**<br><br>v.<br><br>**META PLATFORMS, INC. D/B/A/ FACEBOOK,**<br><br>**DEFENDANT.** | Case No.  22-cv-3896-YGR<br><br>**ORDER TO SHOW CAUSE RE: TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 4 |

Plaintiff Sage Marketing Advisors, Inc. has filed an Ex Parte Motion for Temporary Restraining Order and Order to Show Cause Why a Temporary Restraining Order and/or Preliminary Injunction Should Not Issue.  (Dkt. No. 4.)  Plaintiffs' counsel's declaration indicates that she has given notice by to defendant on Wednesday, June 29, 2022. (Dkt. No. 7.) Nonetheless, the pleadings were not filed until after 12 noon on Friday, July 1, 2022 before a long holiday weekend.

Having reviewed the application for Temporary Restraining Order and Preliminary Injunction, the Memorandum of Points and Authorities, the Declaration of Dan Klein, and the complaint filed herein, and good cause appearing, the Court **ORDERS** as set forth below. *Notwithstanding the Order scheduling a hearing, the parties shall meet and confer and attempt to resolve the issues efficiently and on mutually agreeable terms.* As part of the response to the Court, the parties shall confirm the extent of the meet and confer and why a resolution was not reached.

### ORDER TO SHOW CAUSE

Defendant Meta Platforms, Inc. dba Facebook is **ORDERED TO SHOW CAUSE** why a temporary restraining order and/or a preliminary injunction should not be entered against you to restrain and enjoin you and your agents, assigns and/or transferees pending trial of this action or

further order of this Court.  More specifically, the order would require defendant to restore control of the Facebook pages operated by plaintiff, to wit Sage Staffing; Sage Marketing; Sleepwell Solutions; Safeway Fire and Protection Company; Gelb Practice Solutions; Gelb Institute; Total Health Physical Therapy; Top Advisors; and Red, Blue, Green Concepts.

**IT IS FURTHER ORDERED THAT**,

1. Plaintiff shall serve this Order to Show Cause on defendant no later than **5:00 p.m. today, July 1, 2022,** by personal service or the equivalent thereof.  A courtesy copy shall be sent via email to Jay Mills at Facebook.  Proof of such service shall be filed no later than noon on Monday, July 4, 2022.

2. Assuming service is complete, Meta shall file a response to this Order to Show Cause no later than **12:00 noon on July 5, 2022**.

3. Any reply by plaintiff shall be filed subsequently thereafter **on July 5, 2022.**

4. Hearing on the Order to Show Cause shall be held virtually on **July 6, 2022, at 2:00 p.m.** via the Court's Zoom link which can be found on the undersigned's webpage and will be posted in due course.

The Court will entertain a modified schedule for briefing and hearing if presented by stipulation of the parties.

**IT IS SO ORDERED.**

Dated: July 1, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**